| AO 10 Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hartz, Harris L | Tenth Circuit Court of Appeals | 04/30/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge Active | ☐ Nomination,    Date <br> ☐ Initial   ☒ Annual   ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2006 to 12/31/2006 |

| 7. Chambers or Office Address <br><br> 201 Third St. NW, #1870 <br> Albuquerque, NM 87102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer_____ Date_____ |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust No. 1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | My judicial pension from the State of New Mexico has vested and will be distributed when I am age eligible |
| 2. | |
| 3. | |

RECEIVED 2007 MAY -8 A 9: FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | ABA | 2/11-12, Chicago , Ill. Appellate Judges Conference (transportation, lodging, food) |
| 2. | Southern Ill. Univ. Law School | 2/15-18, Carbondale, Ill, Visiting Juris (transportation, lodging, food) |
| 3. | Boston Univ. School of Law | 4/5-7, Boston, MA, moot court (transportation, lodging, food) |
| 4. | ABA | 8/2-7, Honolulu, HA, Appellate JudgesConference & 3 panels (transportation, lodging, food) |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hartz, Harris L | 04/30/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hartz, Harris L | 04/30/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust 1 | G | Div. And int | P1 | T | | | | | |
| 2. --BRKA | | | | | | | | | |
| 3. --OIB | | | | | | | | | |
| 4. --NUV | | | | | | | | | |
| 5. --PNW | | | | | | | | | |
| 6. --SPI | | | | | | | | | |
| 7. --SO | | | | | | | | | |
| 8. --COP | | | | | | | | | |
| 9. --ATF | | | | | | | | | |
| 10. --TWCUX | | | | | | | | | |
| 11. --LCEIX | | | | | | | | | |
| 12. --JANSX | | | | | | | | | |
| 13. --NGUAX | | | | | | | | | |
| 14. --NPRTX | | | | | | | | | |
| 15. --AMOAX | | | | | | | | | |
| 16. --GLBAX | | | | | | | | | |
| 17. --TGRAX | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hartz, Harris L | 04/30/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   --USGAX | | | | | | | | | |
| 19.   --DINAX | | | | | | | | | |
| 20.   --Morgan Stanley Bank Acc't | | | | | opened | 1/1 | | | |
| 21.   --San Juan County, NM, real estate | | | | | | | | | |
| 22.   Parcel 1 Unimproved real estate in San Juan County, NM | B | Rent | M | W | | | | | |
| 23.   EUGBX | A | Dividend | J | T | | | | | |
| 24.   GLBAX | B | Dividend | K | T | | | | | |
| 25.   UTLAX | C | Dividend | K | T | | | | | |
| 26.   BRKB | | None | M | T | | | | | |
| 27.   " | | | | | Partial buy | 1//31 | J | | |
| 28.   " | | | | | Partial buy | 3/13 | J | | |
| 29.   " | | | | | Partial buy | 4/10 | J | | |
| 30.   " | | | | | Partial buy | 4/26 | J | | |
| 31.   " | | | | | Partial buy | 5/23 | J | | |
| 32.   " | | | | | Partial buy | 7/3 | J | | |
| 33.   " | | | | | Partial buy | 8/24 | J | | |
| 34.   " | | | | | Partial buy | 9/19 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hartz, Harris L | 04/30/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  " | | | | | Partial buy | 10/30 | J | | |
| 36.  " | | | | | Partial buy | 11/16 | J | | |
| 37.  " | | | | | Partial buy | 12/11 | J | | |
| 38.  OIA | A | Dividend | J | T | | | | | |
| 39.  Wells Fargo Bank Account | C | Interest | M | T | | | | | |
| 40.  State of Israel Bonds | A | Interest | J | T | | | | | |
| 41.  US Savings Bonds | B | Interest | L | T | | | | | |
| 42.  Tennis Club of Albuquerque debenture | A | Interest | J | T | | | | | |
| 43.  Promissory Note--Kozimor Trust | B | Interest | K | T | | | | | |
| 44.  403B account | B | Dividend | J | T | | | | | |
| 45.  --PGRWX | | | | | | | | | |
| 46.  State Retirement Account | C | Interest | L | T | | | | | |
| 47.  Individual Retirement Annuity | E | Dividend | N | T | | | | | |
| 48.  --ING Fixed Account | | | | | | | | | |
| 49.  --ING Balanced VP | | | | | | | | | |
| 50.  IRA Account | D | Dividend | M | T | | | | | |
| 51.  --Gov't Nat'l Mtge Ass'n Pool | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hartz, Harris L | 04/30/2007 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  --DIVDX | | | | | sold | 7/21 | J | | |
| 53.  --MSDW Liquid Asset Fd, mutual fund | | | | | | | | | |
| 54.  --US Treasury Bonds | | | | | partial sale | 11/15 | K | | |
| 55.  --AMODX | | | | | | | | | |
| 56.  --GLBAX | | | | | | | | | |
| 57.  --MSACX | | | | | partial sale | 4/19 | J | A | |
| 58.  - " | | | | | Partial sale | 7/21 | J | A | |
| 59.  " | | | | | Partial sale | 10/17 | J | A | |
| 60.  --MSSGX | | | | | | | | | |
| 61.  --MPEGX | | | | | Partial sale | 7/21 | J | A | |
| 62.  --MPSCX | | | | | | | | | |
| 63.  --MDFDX | | | | | Partial sale | 7/21 | J | | |
| 64.  --MS Spectrum Select | | | | | | | | | |
| 65.  --MS Spectrum Tech | | | | | | | | | |
| 66.  --MS Spectrum Currency | | | | | | | | | |
| 67.  --Morgan Stanley Bank Acc't | | | | | opened | 10/9 | | | |
| 68.  --DHG | | | | | buy | 11/21 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | P2 =$5,000,001 - $25,000,000 | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hartz, Harris L | 04/30/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --Morgan Stanley CPI/Commodity note | | | | | buy | 1/6 | J | | |
| 70. --ACSDX | | | | | buy | 7/21 | J | | |
| 71. Annuity | A | Dividend | J | T | | | | | |
| 72. --ING VP Inter Bond Portfolio | | | | | | | | | |
| 73. Allstate Life Ins. Co. annuity | A | Interest | K | T | | | | | |
| 74. CM Life Ins. Policy | B | Interest | L | T | | | | | |
| 75. MONY Life Ins. Policy | A | Interest | K | T | | | | | |
| 76. Security Connecticut Life Ins. Policy #1 | A | Interest | K | T | | | | | |
| 77. Security Connecticut Life Ins. Policy #2 | A | Interest | K | T | | | | | |
| 78. TETSX | D | Dividend | M | T | | | | | |
| 79. EVGFX | | None | J | T | | | | | |
| 80. OPPAX | C | Dividend | L | T | | | | | |
| 81. SCINX | B | Dividend | K | T | | | | | |
| 82. AMOBX | | None | J | T | | | | | |
| 83. DIVAX | E | Dividend | K | T | | | | | |
| 84. Morgan Stanley Bank Acc't | A | None | J | T | opened | 1/1 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hartz, Harris L | 04/30/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Items on lines 10, 12, and 14 of the 2005 report have been omitted because they do not meet the threshhold for reporting.

2. Item on line 35 of 2005 report has been omitted because the corporation went under and the stock is worthless.

3. Item on line 78 of 2005 report (a money market mutual fund) has been omitted because it was liquidated on 8/15 with no funds in it.

4. Item on line 20 of this report was opened on 11/21/05 and mistakenly omitted from 2005 report.

5. Item on line 84 of this report did not meet threshhold for reporting in 2005.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date_____ 4 / 30 / 07 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544